

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2020

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:  Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

We issued our opinion and judgment in this appeal on November 25, 2020. The current deadline for the parties to file a motion for rehearing is December 10, 2020. TEX. R. APP. P. 49.1. On December 10, 2020, appellee filed a motion for extension of time requesting an additional 30 days to file his motion for rehearing. After considering, we GRANT appellee's motion. We ORDER appellee to file his motion for rehearing by January 11, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2020.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court